UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY HOWARD<br>15061 Cherrydale Drive<br>Dale City, VA 22193<br><br>and<br><br>KRISTIN SANDERS<br>2710 Landings Point Loop<br>Woodbridge, VA 22191<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY KNOCK<br><br>and<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br><br>    Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendants respectfully notify the Court as follows:

1. Defendants Timothy Knock and the Federal Bureau of Investigation are named as the defendants in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.06 SC(3) 1618, entitled <u>Kelly Howard, et al v. FBI, et al</u>.

2. The above-entitled action was filed on February 16, 2006, and copies of the Summons and Complaint were received by the Office of the United States Attorney on March 6, 2006. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendants is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. Bar #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 307-0338;(202) 514-8780 (Facsimile)

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH

KELLY HOWARD
15061 Cherrydale Dr.
Dale City, VA 22193

AND

KRISTIN SANDERS
2710 Landings Point Loop
Woodbridge, VA 22191

   Plaintiff,
vs.

TIMOTHY KNOCK

And

FEDERAL BUREAU OF INVESTIGATION
Stanley Pavlak
Associate Division Counsel
601 4th Street, N.W.
Washington, D.C. 20535

   Defendants

Civil Action No.:

## STATEMENT OF CLAIM

COMES NOW, Plaintiff, Kelly Howard, by and through counsel, David Ginsburg, Esquire and J.E. Wingfield & Associates, P.C., and moves this Honorable Court for Judgment against the Defendant the District of Columbia, and for a cause of action states the following:

1. On or about December 17, 2004, at approximately 4:20 p.m., Plaintiff Kelly Howard was operating a vehicle on Third Street at the intersection with G street, Northwest, In Washington, District of Columbia.

2. At said time and place, Plaintiff Kristin Sanders was a passenger in the vehicle operated by Kelly Howard.

3. At said time and place, a motor vehicle owned by the Defendant, Federal Bureau of Investigation (FBI), and operated by the Defendant Timothy Knock, acting as an agent, servant, employee and/or permissive user of the Defendant FBI, in a negligent and grossly negligent and careless manner was traveling in the opposite direction on Third Street when he made a U-Turn onto the Plaintiff's street and collided with the Plaintiff's vehicle.

4. The Defendant had a duty to act as a reasonable FBI Agent and operate his vehicle with reasonable care and with regards for others using the road.

5. The Defendant, FBI, is negligent and grossly negligent by and through the agent, servant, employee, and/or permissive user, Defendant Agent Timothy Knock, who failed to pay full time and attention to the operation of the vehicle, failed to slow the vehicle to avoid a collision, failed to keep a proper look out, failed to avoid a collision with the Plaintiffs' motor vehicle and otherwise operating the vehicle in an grossly negligent and careless manner in violation of the traffic Rules and Regulations then and there in full force and effect.

6. As a direct and proximate result of Defendants' negligence, the Plaintiff's sustained serious and permanent bodily injuries, incurred and continues to incur expenses for medical care and treatment, suffered and continues to suffer pain, suffering and discomfort, and was otherwise injured and damaged.

WHEREFORE, the Plaintiff Kristin Sanders demands judgment against the Defendants in the amount of not less than FIVE THOUSAND DOLLARS ($5,000.00) plus interest and costs.

**WHEREFORE,** the Plaintiff Kelly Howard demands judgment against the Defendants in the amount of not less than FIVE THOUSAND DOLLARS ($5,000.00) plus interest and costs.

Respectfully submitted,

LAW OFFICES OF
J.E. WINGFIELD & ASSOCIATES, P.C.

David Ginsburg
DC Bar No.: 422435
700 5th St, NW, #300
Washington, D.C. 20001
(202) 789-8000
Attorney for Plaintiff

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY HOWARD, <br>     et al., <br><br>         Plaintiffs, <br><br>    v. <br><br> FBI, et al., <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06 SC(3) 1618 <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF FILING OF NOTICE
OF REMOVAL OF A CIVIL ACTION

TO:   David Ginsburg
       700 5th Street, N.W. #300
       Washington, D.C. 20001

PLEASE TAKE NOTICE that on March 8, 2006, Defendants filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

                                                              Respectfully submitted,

                                                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                                                              United States Attorney

                                                              R. CRAIG LAWRENCE, D.C. Bar #171538
                                                               Assistant United States Attorney

_____
KAREN L. MELNIK, DC Bar #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 307-0338;(202) 514-8780 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

> David Ginsburg
> 700 5th Street, N.W. #300
> Washington, D.C. 20001

on this 8th day of March, 2006.

> KAREN L. MELNIK
> Assistant U.S. Attorney