UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY HOWARD <br> 15061 Cherrydale Drive <br> Dale City, VA 22193 <br><br> and <br><br> KRISTIN SANDERS <br> 2710 Landings Point Loop <br> Woodbridge, VA 22191 <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY KNOCK <br><br> and <br><br> FEDERAL BUREAU OF INVESTIGATION <br><br> Defendants. | Civil Action No. _____ |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants respectfully move the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which to answer, move, or otherwise respond to the Complaint in this matter.

This case was originally filed in the Superior Court of the District of Columbia and is being removed to district court today. Defendants have received copies of the Summons and Complaint in this matter. Rule 81 of the Federal Rules of Civil Procedure requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within 5 days after the filing of the petition for

removal, whichever is longer. Defendants request that it be granted 60 days from the date of this Motion to respond to Plaintiff's Complaint.[1] Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Federal Rule 12(a)(3). Defendants' counsel is also requesting the additional time to become familiar with the issues.[2]

WHEREFORE, Defendants respectfully requests that their time for answering or otherwise responding to Plaintiff's Complaint be set for 60 days from the date of this Motion. An order consistent with this Motion is attached.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/ Karen L. Melnik
KAREN L. MELNIK, D.C. Bar #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 307-0338;(202) 514-8780 (Facsimile)

---

[1] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. Additionally, Plaintiff has not effected service upon Defendants consistent with Rule 4(i)(1) of the Federal Rules of Civil Procedure. As such, Defendants inform the Court that it does not waive any defenses in this regard. Additionally, it should be noted that Defendants do not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

[2] Pursuant to Local Rule 7.1(m), Defendants' counsel called Plaintiff's counsel to discuss this motion, however, the undersigned's voicemail message has not been returned.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY HOWARD<br>15061 Cherrydale Drive<br>Dale City, VA 22193<br><br>and<br><br>KRISTIN SANDERS<br>2710 Landings Point Loop<br>Woodbridge, VA 22191<br><br>  Plaintiffs,<br><br>  v.<br><br>TIMOTHY KNOCK<br><br>and<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED that Defendants' Motion should be and is hereby granted, and that the Defendants shall have until May 8, 2006 to answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

David Ginsburg
700 5th Street, N.W. #300
Washington, D.C. 20001

Karen L. Melnik
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W., E-4112
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Motion for Enlargement of Time* has been made by mailing copies thereof to:

> David Ginsburg
> 700 5th Street, N.W. #300
> Washington, D.C. 20001

on this 8th day of March, 2006.

KAREN L. MELNIK
Assistant United States Attorney