UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELLY HOWARD )
15061 Cherrydale Drive )
Dale City, VA 22193 )
 )
and )
 )
KRISTIN SANDERS )
2710 Landings Point Loop )
Woodbridge, VA 22191 )
 )
Plaintiffs, )
 )
v. ) Civil Action No. 06 0431
 )
TIMOTHY KNOCK )
 )
and )
 )
FEDERAL BUREAU OF )
INVESTIGATION )
 )
Defendants. )

FILED
MAR 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

UPON CONSIDERATION of Defendants' Motion for Enlargement of Time and for good cause shown, it is by the Court this _10th_ day of _March_, 2006, ORDERED that Defendants' Motion should be and is hereby granted; and that the Defendants shall have until May 8, 2006 to answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

David Ginsburg
700 5th Street, N.W. #300
Washington, D.C. 20001

Karen L. Melnik
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W., E-4112
Washington, D.C. 20530