IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| KELLY HOWARD, et al. | |
| Plaintiffs | Case No.: 2006-0431 |
| v. | |
| TIMOTHY KNOCK, et al. | |
| Defendants | |

### CONSENT MOTION TO DISMISS

**NOW COMES**, the Plaintiffs, Kelly Howard and Kristen Sanders, by counsel, David B. Ginsburg and moves that this case be dismissed without prejudice; please remove this case from the Trial Calendar.

Respectfully submitted,

David B. Ginsburg #422435
J.E. Wingfield & Associates, P.C.
700 5th Street, N.W., #300
Washington, D.C. 20001
202-789-8000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this day 13 of April 2006, a copy of the foregoing Plaintiffs' Consent Motion To Dismiss was mailed first class, postage prepaid to:

Karen L. Melnik
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW-E-4112
Washington, DC 20530

_____
David B. Ginsburg #422435

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| KELLY HOWARD, et al. | |
| **Plaintiffs** | Case No.: 2006-0431 |
| v. | |
| TIMOTHY KNOCK, et al. | |
| **Defendants** | |

## ORDER

Having read and considered the Plaintiffs' Consent Motion To Dismiss Without Prejudice, and it appearing that said motion is, it is hereby

ORDERED that this matter be GRANTED.

ENTERED THIS _____ DAY OF _____, 2006

_____
JUDGE

Copies to:
David B. Ginsburg, Esquire
Law Offices of J.E. Wingfield & Associates, P.C.
700 5th Street, NW, Suite 300
Washington, D.C. 20001


Karen L. Melnik
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW-E-4112