UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLY HOWARD,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-431 (RCL) |
| ) | |
| **TIMOTHY KNOCK,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having read and considered the plaintiffs' Consent Motion [5] to Dismiss Without Prejudice, it is hereby

ORDERED that said motion is GRANTED.  This case shall be DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.